UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-CR-20035

UNITED STATES OF AMERICA

v.

LUCAS SEDENO RODRIGUEZ et al.,

    **Defendant.**
_____/

### NOTICE OF INTENT TO RESPOND TO MOTION

The government is providing notice of its intent to respond to Unopposed Motion to Preserve Evidence filed under ECF No. 21. The government would like the opportunity to clarify its position. Thus, the government respectfully requests that this Court reserve ruling until a response can be filed.

    Respectfully submitted,

    HAYDEN O'BYRNE
    United States Attorney

    /s/ Andres E. Chinchilla
    Andres E. Chinchilla
    Assistant United States Attorney
    U.S. Attorney's Office, Southern District of Florida
    99 NE 4th ST
    Miami, FL 33132
    (305) 961-9102
    andres.chinchilla2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2025, the above Notice of Intent to Respond was electronically filed with the Clerk of Court using CM/ECF system which will automatically send email notification to counsel of record.

/s/ Andres E. Chinchilla
Andres E. Chinchilla
Assistant United States Attorney